IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. |
| | ) | 2:04CV746-MHT-VPM |
| DARRELL SIMPSON | ) | [WO] |

**ORDER ON MOTION**

On 13 October 2006 (Doc. No. 22), Attorney Deborah M. Nickson filed a "Motion for Leave to File Objections as Amicus Curiae in Support of Neither Party," in which she moves for this court to allow her to appear as amicus curiae and for leave to file an objection "in support of neither party" with regard to the Recommendation of the Magistrate Judge entered on 2 October 2006. *See Motion* at 1. If Nickson's motion is "in support of neither party," then it is not properly before the court in this action. Accordingly, and for good cause, it is

ORDERED that the motion (Doc. No. 22) be and is hereby DENIED.

Done this 23rd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE