IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ARRELL SIMPSON,                )
                               )
    Petitioner,                )
                               )
    v.                         )   CIVIL ACTION NO.
                               )     2:04cv746-MHT
                               )          (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )
```

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Respondent United States of America's objection (Doc. No. 23) is overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 21) is adopted.

(3) The 28 U.S.C.A. § 2225 petition filed by petitioner Darrell Simpson (Doc. No. 1) is granted.

(4) Petitioner Simpson's sentence of 488 months, in <u>United States v. Simpson</u>, criminal action no. 2:96cr195-MHT, is vacated.

(5) Petitioner Simpson shall be re-sentenced in accordance and in a manner consistent with the original plea agreement.

(6) The clerk of the court shall file, in <u>United States v. Simpson</u>, criminal action no. 2:96cr195-MHT, copies of this judgment and the accompanying opinion, along with the United States Magistrate Judge's recommendation (Doc. No. 21).

It is further ORDERED that costs are taxed against respondent United States of America, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 19th day of October, 2009.**

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**